No. 75–688.  L Q Motor Inns, Inc., et al. v. Spector. C. A. 5th Cir.  Certiorari denied.

No. 75–690.  Cotton Baking Co., Inc. v. Local 369, Bakery & Confectionery Workers International Union of America, AFL–CIO.  C. A. 5th Cir.  Certiorari denied.

No. 75–692.  Steiner v. Ball et al.  Cir. Ct. Va., Arlington County.  Certiorari denied.

No. 75–694.  David G. Allen Co., Inc. v. Pilot Freight Carriers, Inc.  Ct. App. N. C.  Certiorari denied.

No. 75–695.  Pryor et al. v. American President Lines; and Sacilotto v. National Shipping Corp. et al.  C. A. 4th Cir.  Certiorari denied.

No. 75–697.  Dickstein et al. v. Seventy Corp. et al.  C. A. 6th Cir.  Certiorari denied.

No. 75–704.  Monsanto Co. v. Reed Bros., Inc. C. A. 8th Cir.  Certiorari denied.

No. 75–714.  Heilig v. Christensen, Judge, et al. Sup. Ct. Nev.  Certiorari denied.

No. 75–742.  First American Bank & Trust Co. et al. v. Ellwein, Commissioner, State Banking Board, et al.  C. A. 8th Cir.  Certiorari denied.